# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBIN D. McKINLEY,

       Petitioner,                         JUDGMENT IN A CIVIL CASE

vs.                                                     1:09-cv-265-RJC

DAVID MITCHELL, Supt., Mountain-
view Correctional Institution,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/28/2011 Order.

                                                       Signed: October 28, 2011

                                                       Frank G. Johns, Clerk
                                                     United States District Court