# United States District Court
## For The Western District of North Carolina
## Asheville Division

ROBIN D. McKINLEY,

        Petitioner,

vs.

DAVID MITCHELL, Supt., Mountain-
view Correctional Institution,

        Respondent.

JUDGMENT IN A CIVIL CASE

1:09-cv-265-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/28/2011 Order.

Signed: October 28, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court